UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARIA AMOR HERRERA VEGA,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 1: 21-CV-00644-GSA<br><br>STIPULATION AND PROPOSED ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), *sentence four*.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) to offer Plaintiff the opportunity for a *de novo* hearing with a vocational expert and a new interpreter. The ALJ will further develop the record and conduct the sequential evaluation process, as appropriate, and issue a new decision.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted,

DATE: December 27, 2021         */s/ _Jonathan Pena _____*
                                JONATHAN PENA
                                Attorney for Plaintiff
                                (as approved via email on December 27, 2021)

                                PHILLIP A. TALBERT
                                United States Attorney

DATE: December 23, 2021         By     *s/ Geralyn Gulseth*
                                       GERALYN GULSETH
                                       Special Assistant United States Attorney

                                       Attorneys for Defendant


<u>ORDER</u>

Pursuant to stipulation,

IT IS SO ORDERED.

Dated:   **February 8, 2022**              **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE

2